**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randy Trimble,<br><br>            Petitioner,<br>     vs.<br><br>McWilliams, et al.,<br><br>            Respondents. | No. CV-07-0035-PHX-PGR (DKD)<br><br>ORDER |

Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Duncan (doc. #32) in light of the petitioner's Objections to the Magistrate Judge Recommendations (doc. #33), the Court finds that the petitioner's objections are without legal merit and that the Magistrate Judge correctly concluded that the petitioner's Petition for Writ of Habeas Corpus should be denied because the petitioner procedurally defaulted as each of his eight federal claims since he failed to fairly present any of them to the state courts and it is too late for him to do so now and because he has not established any cause or prejudice or a fundamental miscarriage of justice sufficient to excuse his procedural defaults.  Therefore,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #32) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Petition for Writ of Habeas by a Person in State Custody Pursuant to 28 U.S.C. § 2254 (doc. #1) is denied and that this action is dismissed with prejudice. The Clerk of the Court shall enter judgment accordingly.

DATED this 3rd day of December, 2007.

Paul G. Rosenblatt
United States District Judge