**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randy Trimble,<br><br>　　　　Petitioner,<br>　　vs.<br>McWilliams, et al.,<br><br>　　　　Respondents. | No. CV-07-00035-PHX-PGR<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

The petitioner having filed a Notice of Appeal (doc. #36) from the judgment dismissing his Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254,

IT IS ORDERED that no certificate of appealability shall be issued by this Court because the petitioner has failed to make a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(2).

DATED this 10th day of January, 2008.

Paul G. Rosenblatt
United States District Judge